Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−26713−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Virginia G. Burl
   153 Hillcrest Ave.
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−8749

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        5/19/20
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 15, 2020
JAN: mjb

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 19-26713-MBK
Virginia G. Burl                                                    Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 15, 2020
                              Form ID: 132             Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
```
db            +Virginia G. Burl,    153 Hillcrest Ave.,    Somerset, NJ 08873-2436
cr            +Christiana Trust as Custodian for GSRAZ-Z, LLC,    Po Box 71276,    Philadelphia, PA 19176-6276
518435888     +CITIBANK,    ATTN: RECOVERY/CENTRALIZED BANKRUPTCY,    PO BOX 790034,    ST LOUIS, MO 63179-0034
518435889     +COLLECTRON OF ATLANTA/CARTER-YOUNG,    ATTENTION: BANKRUPTCY,    PO BOX 92269,
               ATLANTA, GA 30314-0269
518435887     +Christiana Trust as Custodian Gran-Z Inc,    PO Box 71276,    Philadelphia, PA 19176-6276
518539339     +Christiana Trust as Custodian for,    GSRAN-Z,LLC,    c/o Bruce C. Truesdal, P.C.,
               147 Union Avenue, Suite 1E,    Middlesex, NJ 08846-1063
518435891     +DEPTARTMENT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    9111 DUKE BOULEVARD,
               MASON, OH 45040-8999
518535358     +GSRAN-Z, LLC,    PO Box 71276,    Philadelphia, PA 19176-6276
518435892     +LVNV Funding, LLC,    PO Box 98878,    Las Vegas, NV 89193-8878
518435893     +Pellegrino & Feldstein LLC,    Denville Law Center,    290 Route 46 West,
               Denville, NJ 07834-1239
518435894     +Powerback Rehabilitation,    PO Box 206894,    Dallas, TX 75320-6894
518435896     +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
518548666     +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518435898     +US Bank Cut for pC7,    50 South 16th Street, Suite 2050,    Philadelphia, PA 19102-2516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 23:12:14     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 23:12:14     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518435886     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 15 2020 23:12:03     CATHERINES/COMENITY,
               ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518435890     +E-mail/PDF: creditonebknotifications@resurgent.com Apr 15 2020 23:17:08     CREDIT ONE BANK,
               ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
518556838      E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 23:12:09
               Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA  98083-0657
518446937      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 15 2020 23:17:11     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518522065      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 23:16:32
               Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
               Norfolk VA 23541
518547820      E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 23:12:10
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
518435895     +E-mail/Text: rwjebn@rwjbh.org Apr 15 2020 23:12:43     RWJ University Hospital,    PO Box 21356,
               New York, NY 10087-1356
518435897     +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 23:16:57     SYNCHRONY BANK/ JC PENNEYS,
               ATTN: BANKRUPTCY,    PO BOX 956060,    ORLANDO, FL 32896-0001
518440360     +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 23:17:32     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin                Page 2 of 2                  Date Rcvd: Apr 15, 2020
                                  Form ID: 132               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Creditor    Christiana Trust as Custodian for GSRAZ-Z, LLC
               brucectruesdalepc@gmail.com,   bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust Asset-Backed Securities,
               Series 2019-SJ2, U.S. Bank National Association. As Indenture Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Towd Point Mortgage Trust Asset-Backed Securities,
               Series 2019-SJ2, U.S. Bank National Association. As Indenture Trustee kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Virginia G. Burl ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```