| | |
|---|---|
| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY | Order Filed on July 1, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
| Caption in Compliance with D.N.J. LBR 9004-2 (c) Russell L. Low, Esq. – RLL 4745 Low & Low, LLC 505 Main Street, Suite 304 Hackensack, NJ 07501 201-343-4040 Attorneys for Debtor | Case No. 19-26713 |
| In Re: VIRGINIA G. BURL Debtor(s) | Chapter 13 Judge: The Honorable Michael B. Kaplan |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 1, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC.,** the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance is payable:

  X    through the Chapter 13 plan as an administrative priority.

  ___   outside the plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Virginia G. Burl  
      Debtor

Case No. 19-26713-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 01, 2020  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.  
db           +Virginia G. Burl,    153 Hillcrest Ave.,    Somerset, NJ 08873-2436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2020 at the address(es) listed below:

       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Albert Russo    docs@russotrustee.com  
       Bruce C. Truesdale    on behalf of Creditor    Christiana Trust as Custodian for GSRAZ-Z, LLC brucectruesdalepc@gmail.com, bctpcecf@gmail.com;r49787@notify.bestcase.com  
       Denise E. Carlon    on behalf of Creditor    Towd Point Mortgage Trust Asset-Backed Securities, Series 2019-SJ2, U.S. Bank National Association. As Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    Towd Point Mortgage Trust Asset-Backed Securities, Series 2019-SJ2, U.S. Bank National Association. As Indenture Trustee kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Russell L. Low    on behalf of Debtor Virginia G. Burl ecf@lowbankruptcy.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                  TOTAL: 7