| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for Towd Point Mortgage Trust Asset-Backed Securities, Series 2022-SJ1, U.S. Bank National Association, as Indenture Trustee* | |
| In Re:<br><br>**Virginia G. Burl**,<br><br>      Debtor(s). | Case No.: 19-26713-MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Towd Point Mortgage Trust Asset-Backed Securities, Series 2022-SJ1, U.S. Bank National Association, as Indenture Trustee. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

  ADDRESS:
    Padgett Law Group
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312

  DOCUMENTS:

  ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

  ☑ All documents and pleadings of any nature.

                 By:*/s/ Joshua I. Goldman*

Dated: July 29, 2024

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for Towd Point Mortgage Trust Asset-Backed Securities, Series 2022-SJ1, U.S. Bank National Association, as Indenture Trustee* | |
| In Re:<br><br>**Virginia G. Burl**,<br><br>     Debtor(s). | Case No.: 19-26713-MBK<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Catherine Rusteberg:
    - ☐ represent _____ in the above-captioned matter.
    - ☑ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.
    - ☐ am the _____ in the above case and am representing myself.
1. On <u>July 29, 2024</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Notice of Appearance***
2. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

                */s/* Catherine Rusteberg
Dated:  July 29, 2024         Catherine Rusteberg

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Virginia G. Burl**<br>153 Hillcrest Ave.<br>Somerset, NJ 08873 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Russell L. Low**<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, NJ 07601 | Debtors' Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Albert Russo**<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.